June 28, 1976

No. 74–1459. San Diego Building Contractors Assn. et al. *v.* City Council of the City of San Diego. Appeal from Sup. Ct. Cal. dismissed for want of substantial federal question. Mr. Justice Brennan and Mr. Justice White would note probable jurisdiction and set case for oral argument.

No. 75–111. Builders Association of Santa Clara-Santa Cruz Counties *v.* Superior Court of California for the County of Santa Clara (City of San Jose et al., Real Parties in Interest). Appeal from Sup. Ct. Cal. dismissed for want of substantial federal question. Mr. Justice Brennan would note probable jurisdiction and set case for oral argument.

No. 75–466. Crestwood Education Assn. et al. *v.* Board of Education of the School District of Crestwood. Appeal from Sup. Ct. Mich. dismissed for want of substantial federal question. Mr. Justice Brennan would note probable jurisdiction and set case for oral argument.

No. 75–1712. Gaby *v.* Port Authority of New York and New Jersey et al. Appeal from Sup. Ct. N. J. dismissed for want of jurisdiction.